IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 09-cv-02419-PAB-MJW

DEJOHN HOUSEMOVING, INC., a Colorado Corporation,

    Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT, a Colorado quasi-municipal
corporation, a Colorado political subdivision, and
FALCON SCHOOL DISTRICT 49, a Colorado body corporate and
political subdivision,

    Defendants.
_____

### ORDER OF DISMISSAL WITH PREJUDICE AS TO CROSS CLAIMS
_____

THIS MATTER comes before the Court upon the Stipulation for Dismissal of Cross-Claims With Prejudice [Docket No. 16]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all cross-claims asserted against defendant Woodmen Hills Metropolitan District by defendant Falcon School District 49 are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED November 23, 2009.

                                      BY THE COURT:

                                      s/Philip A. Brimmer_____
                                      PHILIP A. BRIMMER
                                      United States District Judge