IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Case No. 09-cv-02419-PAB-MJW

DEJOHN HOUSEMOVING, INC., a Colorado corporation,

    Plaintiff,

v.

WOODMEN HILLS METROPOLITAN DISTRICT,
a Colorado quasi-municipal corporation, a Colorado political subdivision, and
FALCON SCHOOL DISTRICT 49,
a Colorado body corporate and political subdivision,

    Defendants.
_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court upon the Stipulation for Dismissal With Prejudice [Docket No. 31]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED March 12, 2010.

                                              BY THE COURT:

                                              s/Philip A. Brimmer      
                                              PHILIP A. BRIMMER
                                              United States District Judge